**Joe Atencio RIVERA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28889.**

Court of Criminal Appeals of Texas.

March 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for possession of intoxicating liquor for the purpose of sale in a dry area with a prior conviction for an offense of like character alleged for the purpose of enhancing the penalty; the punishment, 60 days in jail and a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.